UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Plan for the Settlement of Jurisdictional Disputes in the Construction Industry, By and Through its Administrator Richard M. Resnick,** )<br>)<br>)<br>)<br>) | Case No. _____ |
|                **Petitioner,**<br>v.<br><br>**Operative Plasterers & Cement Masons' International Association of the United States and Canada**<br><br>               **Respondent.** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

## NOTICE OF FILING OF PETITION TO CONFIRM ARBITRATION AWARDS

**TO:** Brian A. Powers, Esq.
O'Donoghue & O'Donoghue, LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016

Please take Notice that Petitioner Plan for the Settlement of Jurisdictional Disputes in the Construction Industry, by and through its Administrator Richard M. Resnick, has filed a Petition to Confirm Arbitration Awards in the United States District Court for the District of Columbia in accordance with the provisions of the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, which has been assigned the above-referenced docket number.

Pursuant to Section 6 of the Federal Arbitration Act, 9 U.S.C. § 6, the aforesaid Petition to Confirm Arbitration Awards "shall be made and heard in the manner provided by law for the making and hearing of motions, except as otherwise herein expressly provided." Therefore, any response to the aforesaid Petition to

Confirm Arbitration Awards should be filed with the Court under the above-captioned docket number in accordance with the Rules of the United States District Court for the District of Columbia.

Respectfully submitted,

*[signature]*

TERRY R. YELLIG (D.C. Bar ID No. 946095)
MARTIN J. CRANE (D.C. Bar ID No. 436424)
SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 Seventh St., N.W.
Suite 1000
Washington, D.C. 20001
(202) 785-9300

Attorneys for Petitioner Plan for the Settlement of Jurisdictional Disputes in the Construction Industry, by and through Administrator Richard M. Resnick

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, a copy of the foregoing Notice of Filing of Petition to Confirm Arbitration Awards was served by USPS first class mail to:

> Brian A. Powers, Esq.
> O'Donoghue & O'Donoghue, LLP
> 4748 Wisconsin Avenue, N.W.
> Washington, D.C. 20016

_____
Terry R. Yellig