UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Plan for the Settlement of Jurisdictional Disputes in the Construction Industry, By and Through its Administrator Richard M. Resnick, <br><br>  Petitioner, <br> v. <br><br> Operative Plasterers & Cement Masons' International Association of the United States and Canada <br><br>  Respondent. | Case No. 07-CV-0141(RWR) |

## JOINT MOTION TO ENTER CONSENT ORDER

This is an action by the Plan for the Settlement of Jurisdictional Disputes in the Construction Industry (hereafter "the Plan"), by and through its Administrator, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, to confirm two arbitration awards, which are identified respectively as PLAN CASE IL 8/3/06 and PLAN CASE IL 8/18/06. Both arbitration awards were issued by the same arbitrator in a single decision on August 24, 2006 in accordance with the provisions of the Plan.

The parties have agreed to resolve this litigation without expending any additional resources. Therefore, the parties jointly request that the Court to enter the attached proposed Consent Order confirming the arbitration awards in both PLAN CASE IL 8/3/06 and PLAN CASE IL 8/18/06.

Respectfully submitted,

_____
BRIAN A. POWERS (D.C. Bar ID No. 278127)
O'DONOGHUE & O'DONOGHUE, LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 363-0041

Attorneys for Respondent Operative Plasterers & Cement Masons' International Association of United States and Canada

_____
TERRY R. YELLIG (D.C. Bar ID No. 946095)
MARTIN J. CRANE (D.C. Bar ID No. 436424)
SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 Seventh St., N.W.
Suite 1000
Washington, D.C. 20001
(202) 785-9300

Attorneys for Petitioner Plan for the Settlement of Jurisdictional Disputes in the Construction Industry, by and through Administrator Richard M. Resnick

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2007, a copy of the foregoing Joint Motion to Enter Consent Order and Consent Order were served by USPS first class mail to:

>Brian A. Powers, Esq.
>O'Donoghue & O'Donoghue, LLP
>4748 Wisconsin Avenue, N.W.
>Washington, D.C. 20016

_____
Terry R. Yellig

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Plan for the Settlement of Jurisdictional Disputes in the Construction Industry, By and Through its Administrator Richard M. Resnick,<br><br>           Petitioner,<br>v.<br><br>Operative Plasterers & Cement Masons' International Association of the United States and Canada<br><br>           Respondent. | Case No. 07-0141 (RWR) |

## CONSENT ORDER

The parties have made the following representations to the Court:

1. Arbitrator John J. McMahon issued two arbitration awards on August 24, 2006 pursuant to the provisions of the Plan for the Settlement of Jurisdictional Disputes in the Construction Industry (hereafter "the Plan") and its Procedural Rules and Regulations.

2. In PLAN CASE IL 8/3/06, Arbitrator McMahon held that, based on a Decision of Record issued by a National Arbitration Panel on February 11, 2004, and amended by the National Arbitration Panel on March 11, 2004, which states that "all jurisdictional disputes between [the International Union of Bricklayers and Allied Craftworkers ("BAC") and the Operative Plasterers & Cement Masons' International Association of the United States and Canada ("OPCMIA") that are brought before the Plan shall be resolved in favor of the work assignment of the involved Employer," the plastering and restoration of plastering work at the Illinois State House in Springfield, Illinois that is in dispute "shall continue as assigned by [J.P. Phillips, Inc.] to plasterers represented the BAC."

3. In PLAN CASE IL 8/18/06, Arbitrator McMahon ordered the OPCMIA and its Local Union "not to threaten to file, file or pursue any other action in an attempt to enforce [a decision by Arbitrator Glenn A. Zipp issued pursuant to an unapproved local arbitration procedure], or engage others to do so in their behalf."

4. The parties have agreed to resolve this litigation without expending any additional resources.

5. Therefore, the parties have jointly requested the Court to enter a Consent Order confirming Arbitrator McMahon's arbitration awards in both PLAN CASE IL 8/3/06 and PLAN CASE IL 8/18/06.

**WHEREFORE**, upon consideration of the parties' representations, it is hereby

**ORDERED** that the arbitration awards issued in PLAN CASE IL 8/3/06 (Arbitrator John J. McMahon, August 24, 2006) and PLAN CASE IL 8/18/06 (Arbitrator John J. McMahon, August 24, 2006) between the International Union of Bricklayers and Allied Craftworkers and the Operative Plasterers & Cement Masons' International Association of the United States and Canada are **CONFIRMED.**

Each side will bear its own attorney's fees and costs.

**SO ORDERED.**

_____
Richard W. Roberts
United States District Judge

Date: _____

Copies to:   BRIAN A. POWERS.
O'DONOGHUE & O'DONOGHUE, LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016

TERRY R. YELLIG
MARTIN J. CRANE
SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 Seventh St., N.W.
Suite 1000
Washington, D.C. 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Plan for the Settlement of Jurisdictional Disputes in the Construction Industry, By and Through its Administrator Richard M. Resnick,**<br><br>　　　　　　　　**Petitioner,**<br>　　v.<br><br>**Operative Plasterers & Cement Masons' International Association of the United States and Canada**<br><br>　　　　　　　　**Respondent.** | Case No. 07-0141 (RWR) |

## CONSENT ORDER

The parties have made the following representations to the Court:

1. Arbitrator John J. McMahon issued two arbitration awards on August 24, 2006 pursuant to the provisions of the Plan for the Settlement of Jurisdictional Disputes in the Construction Industry (hereafter "the Plan") and its Procedural Rules and Regulations.

2. In PLAN CASE IL 8/3/06, Arbitrator McMahon held that, based on a Decision of Record issued by a National Arbitration Panel on February 11, 2004, and amended by the National Arbitration Panel on March 11, 2004, which states that "all jurisdictional disputes between [the International Union of Bricklayers and Allied Craftworkers ("BAC") and the Operative Plasterers & Cement Masons' International Association of the United States and Canada ("OPCMIA") that are brought before the Plan shall be resolved in favor of the work assignment of the involved Employer," the plastering and restoration of plastering work at the Illinois State House in Springfield, Illinois that is in dispute "shall continue as assigned by [J.P. Phillips, Inc.] to plasterers represented the BAC."

- 2 -

3. In PLAN CASE IL 8/18/06, Arbitrator McMahon ordered the OPCMIA and its Local Union "not to threaten to file, file or pursue any other action in an attempt to enforce [a decision by Arbitrator Glenn A. Zipp issued pursuant to an unapproved local arbitration procedure], or engage others to do so in their behalf."

4. The parties have agreed to resolve this litigation without expending any additional resources.

5. Therefore, the parties have jointly requested the Court to enter a Consent Order confirming Arbitrator McMahon's arbitration awards in both PLAN CASE IL 8/3/06 and PLAN CASE IL 8/18/06.

**WHEREFORE**, upon consideration of the parties' representations, it is hereby

**ORDERED** that the arbitration awards issued in PLAN CASE IL 8/3/06 (Arbitrator John J. McMahon, August 24, 2006) and PLAN CASE IL 8/18/06 (Arbitrator John J. McMahon, August 24, 2006) between the International Union of Bricklayers and Allied Craftworkers and the Operative Plasterers & Cement Masons' International Association of the United States and Canada are **CONFIRMED.**

Each side will bear its own attorney's fees and costs.

**SO ORDERED.**

                                                      _____
                                                      Richard W. Roberts
                                                      United States District Judge

Date: _____

Copies to:    BRIAN A. POWERS.
                  O'DONOGHUE & O'DONOGHUE, LLP
                  4748 Wisconsin Avenue, N.W.
                  Washington, D.C. 20016

- 3 -

TERRY R. YELLIG
MARTIN J. CRANE
SHERMAN, DUNN, COHEN, LEIFER & YELLIG, P.C.
900 Seventh St., N.W.
Suite 1000
Washington, D.C. 20001