UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Plan for the Settlement of Jurisdictional Disputes in the Construction Industry, By and Through its Administrator Richard M. Resnick,<br><br>      Petitioner,<br>  v.<br><br>Operative Plasterers & Cement Masons' International Association of the United States and Canada<br><br>      Respondent. | Case No. 07-0141 (RWR) |

## CONSENT ORDER

The parties have made the following representations to the Court:

1. Arbitrator John J. McMahon issued two arbitration awards on August 24, 2006 pursuant to the provisions of the Plan for the Settlement of Jurisdictional Disputes in the Construction Industry (hereafter "the Plan") and its Procedural Rules and Regulations.

2. In PLAN CASE IL 8/3/06, Arbitrator McMahon held that, based on a Decision of Record issued by a National Arbitration Panel on February 11, 2004, and amended by the National Arbitration Panel on March 11, 2004, which states that "all jurisdictional disputes between [the International Union of Bricklayers and Allied Craftworkers ("BAC") and the Operative Plasterers & Cement Masons' International Association of the United States and Canada ("OPCMIA") that are brought before the Plan shall be resolved in favor of the work assignment of the involved Employer," the plastering and restoration of plastering work at the Illinois State House in Springfield, Illinois that is in dispute "shall continue as assigned by [J.P. Phillips, Inc.] to plasterers represented the BAC."

3. In PLAN CASE IL 8/18/06, Arbitrator McMahon ordered the OPCMIA and its Local Union "not to threaten to file, file or pursue any other action in an attempt to enforce [a decision by Arbitrator Glenn A. Zipp issued pursuant to an unapproved local arbitration procedure], or engage others to do so in their behalf."

4. The parties have agreed to resolve this litigation without expending any additional resources.

5. Therefore, the parties have jointly requested the Court to enter a Consent Order confirming Arbitrator McMahon's arbitration awards in both PLAN CASE IL 8/3/06 and PLAN CASE IL 8/18/06.

WHEREFORE, upon consideration of the parties' representations, it is hereby

ORDERED that the arbitration awards issued in PLAN CASE IL 8/3/06 (Arbitrator John J. McMahon, August 24, 2006) and PLAN CASE IL 8/18/06 (Arbitrator John J. McMahon, August 24, 2006) between the International Union of Bricklayers and Allied Craftworkers and the Operative Plasterers & Cement Masons' International Association of the United States and Canada are CONFIRMED.

Each side will bear its own attorney's fees and costs.

SO ORDERED.

_____
Richard W. Roberts
United States District Judge

Date: 2-14-07